```
JESSE S. KAPLAN   CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax
```

**Attorney for Plaintiff**
**JASMINE TAGGART**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| JASMINE TAGGART, | 2:06-CV-00563-CMK |
| Plaintiff, | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGEMENT |
| v. | |
| JO ANNE BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that Plaintiff's time to file motion for summary judgement in the above-referenced case is hereby extended from its present due date to ten (10) days from the date of this order. This is the first extension requested and is needed because plaintiff's attorney, Jesse S. Kaplan, has a Ninth Circuit opening brief due the 19th, and a reply brief in a Social Security matter in this court due next week, in addition to his other work.

Dated: 9/18/06              /s/  Jesse S. Kaplan
                            JESSE S. KAPLAN
                            Attorney at Law
                            Attorney for Plaintiff


Dated: 9/18/06              /s/  Bobbie Montoya

1

2   BOBBIE J. MONTOYA
    Assistant U.S. Attorney
3   Attorney for Defendant

4                                    ORDER

5         For good cause shown, the requested extension of Plaintiff's time to file motion for

6   summary judgement in TAGGART v. BARNHART, 2:06-CV-00563-CMK, is hereby

7   APPROVED. Plaintiff shall file her motion on or before ten (10) days from the date of this order.

8         SO ORDERED.

9

10  DATED:   September 25, 2006.

11

12                                         _____
                                           **CRAIG M. KELLISON**
13                                         UNITED STATES MAGISTRATE JUDGE