1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    JASMINE TAGGART,                          No. CIV S-06-0563-CMK

10                Plaintiff,

11       vs.                                   ORDER

12   JO ANNE B. BARNHART,
     Commissioner of Social Security,

13
                 Defendant.

14
     _____/

15

16          Plaintiff, who is proceeding with retained counsel, brings this action for judicial

17   review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  A

18   review of the docket reflects that plaintiff has notified the court regarding consent to Magistrate

19   Judge jurisdiction.  The court's November 13, 2006, order to show cause is, therefore,

20   discharged.  This case stands submitted.

21          IT IS SO ORDERED.

22   DATED:  November 15, 2006.

23

24                                          _____
                                            **CRAIG M. KELLISON**
25                                          UNITED STATES MAGISTRATE JUDGE

26

                                    1